**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  19-cv-00357-LTB

JENNIFER CARRASCO, a Colorado resident,

      Plaintiff,

v.

CENTURA HEALTH CORPORATION, a Colorado corporation; and
CATHOLIC HEALTH INITIATIVES COLORADO, a Colorado corporation, d/b/a CATHOLIC HEALTH INITIATIVES MOUNTAIN REGION, d/b/a ST. MARY-CORWIN MEDICAL CENTER,

      Defendants.
_____

**ORDER OF ADMINISTRATIVE CLOSURE**
_____

      THIS MATTER is before the Court on Plaintiff's Motion to Stay (Doc 6 - filed February 13, 2019).  Plaintiff requests that this case be stayed pending completion of the Equal Employment Opportunity Commission (EEOC) proceedings related to the pending discrimination charges.  Because the EEOC proceeding completion date is uncertain, I decline to grant Plaintiff's request for a stay and instead will administratively close this case.  Accordingly, it is

      ORDERED that the Motion to Stay (Doc 6) is **DENIED** and this case is deemed **ADMINISTRATIVELY CLOSED** subject to being reopened upon motion of any party for good cause shown.  This matter need not be reopened for submission of final settlement documents.

      BY THE COURT:

        s/Lewis T. Babcock
      Lewis T. Babcock, Judge

DATED:  February 14, 2019